# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEANNIE CRAIG, individually and as Personal Representative of the Estate of NEAL CRAIG, deceased,<br><br>            Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a foreign corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number CIV-04-1222-C<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

Both Plaintiff and Defendant filed deposition designations for the following individuals: Joseph Abramczyk, Jody Don Craig, Charles Craig, and Darrel Craig. In turn, each litigant filed objections to the other litigant's deposition designations; accordingly, the Court is prepared to rule on the objections filed.

**I.     Deposition Designations for Joseph Abramczyk.**

In a letter to the Court dated August 10, 2005, Plaintiff concedes all objections made by Defendant to Plaintiff's deposition designations pertaining to Joseph Abramczyk with the following exceptions: those resolved by the Court's prior rulings on the litigants' motions in limine, and two of Defendant's objections to Plaintiff's designations from Joseph Abramczyk's March 30, 2005, deposition, namely page 156, lines 2-3, and page 181, lines 15-17. Upon review of the designated testimony, Defendant's remaining two objections are OVERRULED.

**II.     Deposition Designations for Jody Don Craig.**

With respect to the deposition designations for Jody Don Craig, all objections are OVERRULED, except the following objections made by Plaintiff which are SUSTAINED:

(1) Page15, lines 20-22;
(2) Page 25, line 20 through page 26, line 18;
(3) Page 42, line 4 through line 11 ending with "him";
(4) Page 52 lines 19-25; and
(5) Page 53 lines 11-22.

**III.    Deposition Designations for Charles Craig.**

With respect to the deposition designations for Charles Craig, all objections are OVERRULED.

**IV.    Deposition Designations for Darrel Craig.**

With respect to the deposition designations for Darrel Craig, all objections are OVERRULED except the following objection made by Plaintiff which is SUSTAINED:

(1) Page 18, lines 6-18.

IT IS SO ORDERED this 18th day of August, 2005.

ROBIN J. CAUTHRON
United States District Judge