IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

JEANNIE CRAIG, individually
and as Personal Representative
of the Estate of
NEAL CRAIG, deceased,

    Plaintiff

vs.

FORD MOTOR COMPANY
a foreign corporation

    Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CIV-04-1222-C

<u>XXX</u>  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded the defendant Ford Motor Company and against plaintiff Jeannie Craig, individually and as Personal Representative of the Estate of Neal Craig, deceased.

<u>September 14, 2005</u>
Date

    <u>ROBERT D. DENNIS</u>
    Court Clerk


    <u>s/ Linda Goode</u>
    (by) Deputy Clerk